17 F.3d 1428
 Browne (Cecil R.)
v.
Castle (Michael), Governor, Watson (Robert D.), Risley
(Hank), Redman (Walter W.), Davis (Richard F.), Gullege
(Tom), Hawlk (Barry M.), Boyle (Leo A.), I.C.C. Board
Members, Davis (Donald R.), Reffett (Leyland), Shockley
(NFN), Loabe (NFN), Ewing (NFN), Spencer (Alexander), Hevern
(Ralph), Meunier (Paul), Hosterman (Ronald), Zimmerman (John)
 NO. 93-7204
 United States Court of Appeals,
Third Circuit.
 Jan 13, 1994
 
 Appeal From: D.Del.,
 McKelvie, J.
 
 
 1
 AFFIRMED.